UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JAMIE C. TUTTLE,

    Debtor.
_____/

THOMAS C. RICHARDSON,
Chapter 7 Trustee,

    Plaintiff,

v.

KRISTOFER REARICK,

    Defendant.
_____/

Bankruptcy Case No. 22-01738

Adversary Proceeding No. 23-80004

Case No. 1:23-cv-487

Hon. Hala Y. Jarbou

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (R&R) filed by the United States Bankruptcy Judge in this action regarding the Plaintiff Trustee's Application for Entry of Default Judgment against Defendant Kristofer Rearick (ECF No. 1-1). The R&R was duly served on the parties, and no objections have been filed under Fed. R. Bankr. P. 9033 and LCivR 83.2(b).

Accordingly,

**IT IS ORDERED** that the R&R of the Bankruptcy Judge, filed April 19, 2023, is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the transfer of the automobile made by the Debtor to the Defendant in the two years prior to the bankruptcy filing is **AVOIDED** as a constructively fraudulent transfer under 11 U.S.C. § 544(b) and 548(a)(1)(B).

**IT IS FURTHER ORDERED** that the Trustee's Application for Entry of Default Judgment is **GRANTED** and judgment is entered in favor of the Plaintiff Trustee in the amount of $6,000.00, plus costs in the amount of $350.00, for the reasons stated in the R&R.

A judgment will issue in accordance with this order.

Dated: May 12, 2023            /s/ Hala Y. Jarbou
                               HALA Y. JARBOU
                               CHIEF UNITED STATES DISTRICT JUDGE